UNITED STATES BANKRUPTCY COURT
PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING, DATE: 12/15/2023

IN RE   Dw Wapiti Investments I, Llc                                    CASE NO. 23-12002
        Fdba Dmv Gorilla, Llc                                           SECTION: "A"

**APPEARANCES:**
( )   DEBTOR (1) ( )PICTURE ID PROVIDED ( )SSN VERIFICATION ( )PAY ADVICES RECEIVED
( )   DEBTOR (2) ( )PICTURE ID PROVIDED ( )SSN VERIFICATION ( )PAY ADVICES RECEIVED
Abuse/No Abuse designation is ( ) accurate ( ) inaccurate because _____

( X )   DEBTOR(S)' REPRESENTATIVE     Houdin Honarvar
( X )   ATTORNEY FOR DEBTOR(S)        Patrick M. Shelby

   *Name of Prepared Substitute - Had file and was familiar with the case.*

   *Name of Walk-Up Attorney - Did not have file and was not familiar with the case.*

Credit Counseling certificate ( ) filed ( ) not filed
Tax returns received for _____ (years) on _____
Financial documents were ( ) retained by trustee ( ) returned to the debtor(s)
Was the Debtor advised that his/her attorney would not be present at the 341 Meeting? Yes ( ) No ( )
If Pro Se, did anyone assist with the preparation: Yes( ) No( ). If yes, give name: _____
Has attorney for debtor(s) filed a statement of compensation in accordance with 11 U.S.C. §329? Yes ( ) No ( )
Debtor(s)' change of address (if any): _____

( X )   CREDITOR(S):                              REPRESENTED BY:
        Wapiti Operating LLC                      Armistead Long

**THE MEETING OF CREDITORS WAS:**
( )     HELD
( )     NOT HELD because: _____
( X )   CONTINUED until the **26th** day of January, 2024 at 1:00 p.m.

**DEBTOR(S) REQUIRED TO:**
( )     AMEND SCHEDULES AND STATEMENTS within _____ days of 341(a) meeting.
( )     OTHER: _____

**SCHEDULES/INVENTORY:**
( )     Debtor(s)' schedules are adopted in lieu of formal written inventory.
( )     Written Inventory has or will be filed in the record in this case.

**In accordance with FRBP Rule 6007 and applicable Local Rules the Trustee intends to abandon any interest in**
*(#=Notice of Intent to Disclaim subject property is given subject to investigation of value, equity, and/or marketability)*:

Real Estate: _____                     Real Estate: _____
Vehicle(s): _____                      Vehicle(s): _____
Mobile Home: _____                     Mobile Home: _____
Boat: _____                            Lawsuit(s): _____
Household Goods, Appliances and Furniture [c and d]
Other Property: _____

Additional Notes: _____
**Trustee anticipates withholding the NDR to pursue assets or other administrative matters: ( ) YES ( ) NO**

TRACK     5                                      /s/ Barbara Rivera-Fulton
                                                 Barbara Rivera-Fulton
                                                 P. O. Box 19980
                                                 New Orleans, LA 70179
                                                 Phone: (504) 402-1220

[a] Encumbered  [b] Encumbered beyond value  [c] Insufficient value to justify administration  [d] Exempt in whole or part